UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELISSA CAROL EDWARDS,

        Plaintiff,

v.                                              Case No:  6:14-cv-1495-Orl-40KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 20) filed on January 20, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 25, 2016 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Uncontested Petition for Attorney's Fees (Doc. 20) is **GRANTED**.

3. The Commissioner is **ORDERED** to pay Plaintiff Melissa Carol Edwards attorney's fees in the total amount of $4,040.81.

4. The Commissioner, in her discretion, is permitted to pay all or part of the attorney's fees to Plaintiff's counsel, should she determine that it is appropriate to do so.

**DONE AND ORDERED** in Orlando, Florida on February 12, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties