UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELISSA CAROL EDWARDS,

    Plaintiff,

v.        Case No: 6:14-cv-1495-Orl-40LRH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 32) filed on January 23, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 12, 2019 (Doc. 41), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. 406(b) (Doc. 32) is **GRANTED IN PART**.

3. Attorney Culbertson may charge Plaintiff Melissa Carol Edwards a fee under 42 U.S.C. 406(b) in the amount of **$17,455.25**, which represents the amount requested as amended by Attorney Culbertson in the Reply Memorandum (Doc. 40).

**DONE AND ORDERED** in Orlando, Florida on April 29, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties